Louis E. Miller, Plaintiff-Appellant, v. Norman Luehring, Defendant-Appellee.

Term. No. 51F18.

Archie P. Weihl, and Philip G. Listeman, for appellant; Oehmke & Dunham, for appellee; Howard F. Boman, of counsel. Opinion by PRESIDING JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed May 4, 1951; released for publication May 25, 1951.